# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greer Coalition, Inc., et al., | No. CV09-8239 PCT DGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| U.S. Forest Service, et al., | |
| Defendants. | |

Pursuant to FRCiv 7.1 and 7.1.1 a Corporate Disclosure Statement form must be filed by all non-governmental corporate parties with their first appearance. A supplemental statement must be filed upon any change in the information. The clerk of the court instructed Plaintiffs that the corporate disclosure statements as to Greer Coalition, Inc. and Center for Biological Diversity were due by January 14, 2010. *See* Dkt. #7. A review of the court docket shows that neither Plaintiff has filed a corporate disclosure statement to date.

**IT IS ORDERED** that Plaintiffs Greer Coalition, Inc. and Center for Biological Diversity shall file their corporate disclosure statements on or before **April 16, 2010**.

DATED this 12th day of April, 2010.

David G. Campbell
United States District Judge